**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MIRMOHAMMAD ZEHRI, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:15-cv-3210-SLE |
| DISCOVER FINANCIAL SERVICES, INC. | ) |
| Defendant. | ) |

**PLAINTIFF'S VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Plaintiff, MIRMOHAMMAD ZEHRI, through his attorney, The Agruss Law Firm, LLC, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, DISCOVER FINANCIAL SERVICES, INC.

DATED: May 4, 2015            RESPECTFULLY SUBMITTED,

By: /s/Samantha A. Jesulaitis
Samantha A. Jesulaitis
IL State Bar #: 6318077
Agruss Law Firm, LLC
4619 N. Ravenswood Ave.
Suite 303A
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
samantha@agrusslawfirm.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

    I certify that on May 4, 2015, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent via electronic mail to Alexis Louden, Senior Paralegal at Discover Financial Services, at alexislouden@discover.com.

By: /s/ Samantha A. Jesulaitis
Samantha A. Jesulaitis
